United States District Court
District of Connecticut

| | | |
|---|---|---|
| United States of America | : | Crim. No. 3:12CR238 (JBA) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| William Pomponi | : | |
| Defendants | : | September 9, 2014 |

### Motion To Continue Sentencing And To Reset Sentencing Deadlines

The Defendant, **William Pomponi**, respectfully requests that his sentencing be continued until after the trial of Lawrence Hoskins for the following reasons:

1. Defendant Pomponi is scheduled to be sentenced on October 23, 2014.

2. Defendant Hoskins' trial is scheduled to start in June 2015.

3. The trial of Hoskins will serve to educate the Court regarding the crimes charged and reveal the role Defendant Pomponi played.

4. If the Court were to grant the motion, the PSR disclosure dates and related filings would have to be reset by the Court.

THE DEFENDANT,
William Pomponi

BY    /s/
HUBERT J. SANTOS
Federal Bar No. ct 00069
LAW OFFICES OF HUBERT J. SANTOS
51 Russ Street
Hartford, CT 06106
Tel. (860) 249-6548
Fax (860) 724-5533

1

Certification

    I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

           /s/
HUBERT J. SANTOS

- 2 -

LAW OFFICES OF HUBERT J. SANTOS • 51 RUSS STREET • HARTFORD, CT 06106-1566 • (860) 249-6548 • FAX (860) 724-5533 • JURIS NO. 07230