UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

v.                              :   NO. 3:12CR238 JBA)

WILLIAM POMPONI                 :

**SENTENCING SCHEDULING ORDER**

    Defendant's motion to continue sentencing and to reset sentencing deadlines is **Granted,** absent objections.
    The Court hereby continues the sentencing hearing and deadlines without date to permit completion of trial in <u>US v Lawrence Hoskins</u> scheduled for June 2015.

                                           IT IS SO ORDERED.

                                    _____/S/_____
                                    Janet Bond Arterton
                                    United States District Judge

**Dated at New Haven, Connecticut: September 18, 2014**