UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       CRIMINAL NO. 3:12CR238(JBA)

v.

WILLIAM POMPONI       July 6, 2016

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS CASE
AGAINST WILLIAM POMPONI AND TO RELEASE SECURITY**

The Government moves the Court to dismiss the case against William Pomponi, while leaving unaffected the case against any other defendant. In support of this motion, the Government represents the following:

1. On April 30, 2013, a grand jury sitting in New Haven, Connecticut, returned a ten-count superseding indictment against William Pomponi and Frederic Pierucci. On July 29, 2013, Mr. Pierucci pleaded guilty to Counts One and Two of the superseding indictment.

2. On July 30, 2013, a grand jury sitting in New Haven, Connecticut, returned a twelve-count second superseding indictment against William Pomponi and Lawrence Hoskins. The second superseding indictment charged the defendants with conspiring to violate the Foreign Corrupt Practices Act ("FCPA"), in violation of 18 U.S.C. § 371, substantive violations of the FCPA, in violation of 15 U.S.C. § 78dd-2, conspiring to launder money, in violation of 18 U.S.C. § 1956(h), and substantive money laundering, in violation of 18 U.S.C. § 1956(a)(2)(A).

3. On July 17, 2014, the defendant William Pomponi pleaded guilty to Count One of the Second Superseding Indictment, charging him with conspiring to violate the Foreign Corrupt Practices Act ("FCPA"), in violation of 18 U.S.C. § 371. Mr. Pomponi had not yet been sentenced as of the time of his death.

4. On May 24, 2016, Mr. Pomponi died of pneumonia and emphysema.

5. A redacted copy of the death certificate is attached as Exhibit A. The unredacted version is available for the Court's review upon request.

6. The Government has consulted with Mr. Pomponi's counsel, who does not object to this motion.

WHEREFORE, the Government moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for the dismissal of the above-captioned case pending against William Pomponi, while leaving unaffected the case against any other defendant. The Government also requests removal of any bond security in which Mr. Pomponi granted an interest in assets in favor of the United States.

Respectfully submitted,

| | |
|---|---|
| ANDREW WEISSMANN | MICHAEL J. GUSTAFSON |
| CHIEF, FRAUD SECTION | FIRST ASSISTANT U.S ATTORNEY |
| Criminal Division | District of Connecticut |
| United States Department of Justice | |
| | |
| /s/ | /s/ |
| | |
| DANIEL S. KAHN | DAVID E. NOVICK |
| DEPUTY CHIEF | ASSISTANT U.S. ATTORNEY |
| Fraud Section, Criminal Division | 157 Church St., 25th Floor |
| U.S. Department of Justice | New Haven, Connecticut 06510 |
| 1400 New York Avenue, N.W. | Tel. (203) 821-3700 |
| Washington, D.C. 20005 | Federal Bar No. phv02874 |
| Tel. (202) 616-3434 | |
| Federal Bar No. phv04243 | |

CERTIFICATION OF SERVICE

       This is to certify that on July 6, 2016, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ David E. Novick
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY