# STATE OF CONNECTICUT
# DEPARTMENT OF PUBLIC HEALTH
## CERTIFICATE OF DEATH

VS-4 REV. 1/04

Shaded Area to be completed by the Medical Certifier.
Unshaded Area to be completed by Funeral Director or Embalmer.
Boxes 36-40 to be completed for Nurse pronouncements.

STATE FILE NUMBER (For State Use only. Do not write in this box)

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL NAME | William Lawrence Pomponi, II |
| 2 | SEX | Male |
| 3 | ACTUAL OR PRESUMED DATE OF DEATH | May 24, 2016 |
| 4 | ACTUAL OR PRESUMED TIME OF DEATH | 7:54 PM |
| 5 | AGE LAST BIRTHDAY | 67 |
| 7 | DATE OF BIRTH | REDACTED 1948 |
| 8 | BIRTHPLACE | Bronxville, New York |
| 9 | RESIDENCE (State) | Connecticut |
| 10 | RESIDENCE (County) | Hartford |
| 11 | RESIDENCE (City or Town) | North Granby |
| 12 | RESIDENCE (Street and No.) | REDACTED |
| 14 | ZIP CODE | 06060 |
| 15 | EVER IN US ARMED FORCES? | Yes |
| 16 | MARITAL STATUS AT TIME OF DEATH | Divorced |
| 17 | SURVIVING SPOUSE'S NAME | N/A |
| 18 | FATHER'S NAME | William Lawrence Pomponi |
| 19 | MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Agnes Frances Johnson |
| 20 | INFORMANT'S NAME | William L. Pomponi, III |
| 21 | INFORMANT'S RELATIONSHIP TO DECEDENT | Son |
| 22 | MAILING ADDRESS | REDACTED, West Granby, CT 06090 |
| 24 | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | Decedent's Home |
| 25 | FACILITY NAME | REDACTED |
| 26 | CITY OR TOWN OF DEATH | North Granby |
| | ZIP CODE | 06060 |
| 27 | COUNTY OF DEATH | Hartford |
| 28 | METHOD OF DISPOSITION | Cremation |
| 29 | DISPOSITION | REDACTED |
| 30 | LOCATION | Windsor, Connecticut |
| 31 | DATE | 05/27/2016 |
| 32 | WAS BODY EMBALMED? | No |
| 33 | FUNERAL FACILITY | REDACTED |
| 34 | SIGNATURE OF FUNERAL DIRECTOR OR EMBALMER | REDACTED |
| 35 | LICENSE NUMBER | REDACTED |
| 36 | DATE PRONOUNCED DEAD | 05/24/2016 |
| 37 | TIME PRONOUNCED | 7:54 PM |
| 41 | WAS MEDICAL EXAMINER CONTACTED? | Yes — REDACTED |
| 42 | WAS AN AUTOPSY PERFORMED? | No |
| 43 | WERE THE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | N/A |

## CAUSE OF DEATH

**PART I.**
- (a) IMMEDIATE CAUSE: pneumonia — 1 week
- (b) Due to (or as a consequence of): emphysema
- (c)
- (d)

**45. PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in PART I: diabetes

46. Not pregnant within past year

47. DID TOBACCO USE CONTRIBUTE TO DEATH? Yes

48. CERTIFIER: Pronouncing & Certifying Practitioner

Certifier Name: Joseph Maglio, MD
Date Certified: 05/25/2016

49. MAILING - CERTIFIER: REDACTED, Granby, CT 06035

THIS CERTIFICATE WAS RECEIVED FOR RECORD ON: May 26, 2016
BY / REGISTRAR: Karen Hager

### ADMINISTRATIVE PURPOSES

- 50. DECEDENT'S EDUCATION: Bachelor's degree
- 51. DECEDENT OF HISPANIC ORIGIN? No, Not Spanish/Hispanic/Latino
- 52. DECEDENT'S RACE: White
- 53. DECEDENT'S USUAL OCCUPATION: Vice President / International Sales
- 54. KIND OF BUSINESS/INDUSTRY: Alstom Power
- 55. SOCIAL SECURITY NUMBER: REDACTED

I CERTIFY THAT THIS IS A TRUE COPY OF THE CERTIFICATE RECEIVED FOR RECORD

ATTEST: Karen Hager, REGISTRAR
GRANBY, CT

CERTIFIED COPY