UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                DOCKET NO.  3:12CR238 (JBA)

WILLIAM POMPONI

## ORDER

Government's unopposed motion to dismiss case and to release security [Doc. No. 350] is Granted.

Dated at New Haven, Connecticut, this 18th day of July, 2016.

/s/ Janet Bond Arterton
 Janet Bond Arterton, U.S. District Judge